

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2016

No. 04-16-00259-CV

**IN THE INTEREST OF A.P., ET AL.**, Children,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellant Brittany B.'s motion for extension of time to file her brief is granted. We order appellant Brittany B. to file her brief no later than August 15, 2016. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court generally does not consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court